**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MAURICE ARMSTER, | ) | NO. ED CV 10-1820-AHM(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| COUNTY OF RIVERSIDE, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | |
| Defendants. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

The Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, he is granted thirty (30) days from the date of this Order within which to file a First Amended Complaint.

///

///

1  Any First Amended Complaint shall be complete in itself.
2  Plaintiff should not attempt to add additional defendants without
3  leave of Court.  <u>See</u> Fed. R. Civ. P. 21.  Failure to file a timely
4  First Amended Complaint may result in the dismissal of the action.
5
6  DATED: April 19, 2011
7
8
9  _____
10 A. HOWARD MATZ
   UNITED STATES DISTRICT JUDGE