


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ARMSTER,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>　　　　　Defendants. | Case No. ED CV 10-1820-AHM(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files of this case, and the Report and Recommendation of the U.S. Magistrate Judge with respect to a Motion to Dismiss filed by Defendants. On November 21, 2011, Plaintiff filed "Objection to the District Court Adopting the Report & Recommendations of the Magistrate." Defendants did not respond to Plaintiff's Objection.

　　　In his Objection, Plaintiff appears to concede that the FAC does not state a claim but requests leave to file a "truly Amended Complaint" to amend his original Complaint instead of the

1

FAC. Having made a de novo determination of the portion of the Report and Recommendation to which Plaintiff's Objection was made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Court notes that it is dismissing the FAC with leave to amend, which gives Plaintiff leave to file a Second Amended Complaint in any form he wishes, as long as it complies with Rule 8 of the Federal Rules of Civil Procedure.

IT THEREFORE IS ORDERED that, pursuant to the Report and Recommendation, Defendants' Motion to Dismiss is granted and the FAC is dismissed with leave to amend. If Plaintiff still desires to pursue this action, he is ordered to file a Second Amended Complaint remedying the deficiencies discussed in the Report and Recommendation within 30 days of the date of this Order. Plaintiff is reminded that any Second Amended Complaint he files must be complete in and of itself without reference to the original Complaint, the FAC, or any other pleading, attachment, or document.

/ / /
/ / /

Plaintiff is advised that there is a federal "pro se" Clinic in this district. The Clinic offers free on-site information and guidance to individuals who are representing themselves (proceeding pro se) in federal civil actions. The Clinic is administered by a nonprofit law firm, Public Counsel, not by the Court. The Clinic is located in the U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012. It is open Mondays, Wednesdays, and Fridays, 10 a.m. to 4 p.m. Useful information is also available on the Clinic's website, www.cacd.uscourts.gov/ProSe.

DATED: April 16, 2012

*[signature]*

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE