I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-11-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ARMSTER,<br><br>      Plaintiff,<br><br>    vs.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>      Defendants. | Case No. EDCV 10-1820-AHM(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE AND DISMISSING ACTION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files of this case and the Report and Recommendation of the U.S. Magistrate Judge. On June 4, 2012, Plaintiff filed "This Is A Motion Asking Court for a 60 Day Exten[s]ion With Leave to Amend." Once again, Plaintiff asks for more time to attempt to find an attorney to help him with his lawsuit, which has been pending almost two years.

Plaintiff's filing lays out a series of unfortunate events which, he asserts, entitle him to more time. But the Court has already granted Plaintiff numerous extensions and given him two opportunities to amend his complaint, and yet he still has not

1 | filed an acceptable civil rights complaint.  Moreover, the Court
2 | has notified Plaintiff of the availability of legal help at the
3 | Pro Se Clinic in Los Angeles (see Orders of July 20, 2011 & April
4 | 16, 2012), and Plaintiff has been unable or unwilling to take
5 | advantage of it.

6 |     Having made a de novo determination of the analysis in the
7 | Report and Recommendation, the Court concurs with and adopts the
8 | findings, conclusions, and recommendations of the Magistrate
9 | Judge.

10 |     IT THEREFORE IS ORDERED that pursuant to the Report and
11 | Recommendation, this action is dismissed for failure to
12 | prosecute.  Judgment shall be entered accordingly.

15 | DATED: July 11, 2012

A. HOWARD MATZ
U.S. DISTRICT JUDGE