JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-11-12

DEPUTY CLERK



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ARMSTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>　　　　　Defendants. | Case No. EDCV 10-1820-AHM (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 11, 2012

_____
A. HOWARD MATZ
U.S. DISTRICT JUDGE



3